[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 09-12895
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEBRUARY 8, 2010
JOHN LEY
ACTING CLERK

D. C. Docket No. 08-20767-CR-UU

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SILVIA MARIA ZAYAS,
a.k.a. China,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(February 8, 2010)

Before BLACK, PRYOR and FAY, Circuit Judges.

PER CURIAM:

Neal Gary Rosenweig, appointed counsel for Sylvia Maria Zayas, has filed a

motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Zayas's conviction and sentence are **AFFIRMED**.